UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1805

TAMMY R. SABO,

Plaintiff - Appellant,

versus

STEVE CANTERBURY, Individually and in his
capacity as Director, West Virginia Regional
Jail and Correctional Facility Authority;
JAMIE SPENCER, Individually and in his
capacity as Warden; NORTHERN REGIONAL JAIL AND
CORRECTIONAL FACILITY; WEST VIRGINIA REGIONAL
JAIL AND CORRECTIONAL FACILITY AUTHORITY,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (CA-03-84)

Submitted: March 24, 2006        Decided: March 30, 2006

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Peter M. Suwak, Washington, Pennsylvania, for Appellant. David L.
Wyant, BAILEY & WYANT, P.L.L.C., Wheeling, West Virginia; Chad M.
Cardinal, WV REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY,
Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy R. Sabo appeals the district court's order granting summary judgment to the defendants on her claim of deliberate indifference to her medical needs under 42 U.S.C. § 1983 and on her state law claims. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Sabo v. Canterbury, No. 5:03CV84 (N.D. W. Va. June 16, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3